UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGELIKA ALBALADEJO

    Plaintiff,

v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT
    Defendant.

Civil Action No. 19-3806-RC

## DECLARATION OF CAPTAIN FELIX A. ALICEA, RN.

I.     INTRODUCTION

I, CAPT Felix A. Alicea, RN, pursuant to 28 U.S.C. §1746, hereby declares as follows:

1. I am the CAPTAIN Felix A. Alicea, RN, Chief of. ICE Health Service Corps ("IHSC") Special Operation Units ("ISOU") since 2016. I have been a licensed nurse since 1993 with Critical Care and Aerospace Medicine/Flight Nursing training and experience. I graduated from The University of Texas Health Science Center in San Antonio and the U.S. Air Force School of Aerospace Medicine, Flight Nurse School. I have served in IHSC since July 1, 2009 as the ISOU Flight Nurse, Detention Center staff nurse and the nurse Manager.

2. ISOU mission is to provide companionate, professional and highly skilled medical care to migrants in the air, land or sea in support of ICE Strategic Objectives.

3. ISOU serves as health program advisors and medical service provider to ICE Special Operations objectives on land, air and sea, domestically and internationally. ISOU when requested, provides ground medical support and care to ICE Enforcement and Removal Operations (ERO) apprehended and detained aliens in support of ICE Field Offices throughout the U.S. and its territories. ISOU

provides medical flight crew services for the detained alien's care during domestic transfers or international removal, and in support of ICE/ ERO objectives through ICE Air Operations (IAO).

4. Through an ICE and U.S. Coast Guard (USCG) Memorandum of Understanding (MOU), when requested, ISOU assist with medical services to migrants rescued or interdicted at sea on USCG cutters in its Alien Migrant Interdiction Operations (AMIO).

5. The statements contained in this declaration are based upon my personal knowledge, my view of records kept by ICE in ordinary course of business, and information provided to me by other ICE employees in the course of my official duties. I make this declaration in support of ICE's Motion for Summary Judgement.

6. The IHSC Special Operations Unit is responsible for providing companionate, professional and highly skilled medical care to migrants in the air, land or sea in support of ICE Strategic Objectives.

7. The ICE's Deputy FOIA Officer in ICE's Declaration attested to the fact that I conducted a search and my search did not locate any responsive records.

8. In addition, as previously stated the alien medical records are maintained by Immigration and Customs Enforcement (ICE)-013 Alien Health Records System," ICE electronic health records (eHR).  IHSC is the only division within ERO that is authorized to maintain alien medical records, pursuant to 5 U.S.C. 301; 44 U.S.C. 3101; 8 U.S.C. 1103, 1222, and 1231; and 42 U.S.C. 249 .

7. Upon receipt of Plaintiff's FOIA request, myself and another employee, who have been the oldest members of this Unit, made every effort to search for and locate any potentially responsive records to Plaintiff's FOIA request.

9. Based on my expertise and knowledge of the Office's mission, ISOU does not have a policy or practice administrating psychotropic medication.

10.  In addition, the IHSC DIRRECTIVE 01-17, MEDICAL ESCORTS does not define any practices describing administrating psychotropic medication during removal flight operations.

_____
Captain Felix Alicea RN
Chief of ISOU