UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELIKA ALBALADEJO<br><br>Plaintiff,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT<br><br>Defendant. | Civil Action No. 19-3806-RC |

### DECLARATION OF JOHN TRUONG

**I.   INTRODUCTION**

I, John Truong, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Enterprise Service Branch ("ESB") Chief for the Office of the Chief Information Officer, United States Immigration and Customs Enforcement ("ICE"), a component agency of the United States Department of Homeland Security ("DHS"). I have been employed since January 28, 2012 and have personal Knowledge of the information set forth below.

2. ICE OCIO is responsible for providing information technology services and products that enable ICE to meet its mission.  Services that the OCIO provide include hardware and software support, share-point and web services, mobile device support, and cyber security education.  Specifically, the Enterprise Services Branch serves a key function for ICE as it provides centralized management and comprehensive support to

information technology ("IT") operations across the agency such as Network Infrastructure, Active Directory and Exchange, Change Management, and Investigation and Litigation support to achieve IT efficiency and effectiveness for the more than 26,000 ICE users across the globe.

3.  As a Chief of Information Technology Specialist in the Operations Division, my official duties and responsibilities include management of the Enterprise Services Branch. This includes management of the agency active directory and exchange, mobile messaging, FOIA and litigation data recovery, change management, infrastructure defense group and the incident coordination center.

4.  I make this declaration in my official capacity in support of Defendant in the above captioned Freedom of Information Act ("FOIA") action. The statements contained in this declaration are based upon my personal knowledge and experience, upon information provided to me in my official capacity, and upon conclusions and determinations made in accordance therewith.

## II. GENERAL INFORMATION REGARDING ICE'S EMAIL AND BACKUP TAPE SYSTEMS.

### ICE'S EMAIL SYSTEMS

5.  Effective March 1, 2003, the investigative function of the legacy United States Customs Service and the former Immigration and Naturalization Service (along with several other federal agencies) were restructured into the newly created ICE – a subcomponent of the newly formed Department of Homeland Security.

6.  By 2006, ICE was still a relatively new agency of significant size and scope and was still in the process of developing its physical and technological infrastructure. During that time frame (from 2003 through 2006), all activities related to technology

infrastructure support were placed on hold as funding for such activities had not been secured. Moreover, the roles and responsibilities of the various DHS components had not yet been fully defined, and contract negotiations were ongoing with respect to the performance of these infrastructure functions. Accordingly, prior to 2006, many ICE offices, including regional Offices of the Resident Agent in Charge ("RAC"), were still using obsolete email systems such as cc:Mail. It was not until 2006 that many of these offices converted to the now widely used Microsoft Outlook email system.

7. ICE does not have an agency-wide policy or regulation mandating how employees must store and organize their emails, other electronic files, or paper files. Instead, each ICE employee may organize his or her files, including emails, in the way that works best for that particular employee (ICE Directive 141-01). ICE employees use various methods to store their Microsoft Outlook email files: some archive their files monthly, without separating by subject; others archive their email by topic or by program; still others may create Personal Storage Table (PST) files of their emails and store them on their hard drive or on a shared drive.

**ICE'S BACK UP SYSTEM**

8. Prior to December 2008, ICE periodically archived the data on its email servers using various backup tapes. During that time, the back-up tapes were regularly overwritten to maintain the continuity of the archival system for disaster recovery purposes. Accordingly, the tapes always included the most recent "snapshot" of ICE's email and data servers. But the tapes may not also include archives of all previous back-ups. The intent of this backup system was not to create a permanent or semi-permanent archive of the agency's emails, but was, rather, to allow the agency to restore its email

and file servers in the event of catastrophic loss of data. In other words, the backup tapes were not used for record or data retention purposes but rather to restore the email environment to working conditions in an event of an emergency.

9. The backup tapes created prior to December 2008 were stored in a de-centralized manner. The system was configured such that email data was stored in various systems dispersed strategically throughout the country. Tape creation and storage was managed independently at each site, as opposed to a centralized storage location or scheme.

**ICE'S ENTERPRISE VAULT (EV) EMAIL JOURNALING SYSTEM**

10. Beginning in December 2008, ICE implemented a system for journaling email known as the Enterprise Vault (EV). Through this system, agency emails are maintained in accordance with applicable record retention schedules. Under this system, emails from December 2008 through July 2018 were backed up in such a way as to be searchable and recoverable.

11. Starting July 2018, ICE OCIO stores email in Microsoft 0365 system. Under this system, email from July 2018 to present are backed up in such a way as to be searchable and recoverable.

12. ICE does not have the capability to search all backup tapes that remain from before 2008. As explained below, there are two main obstacles to these searches.

13. First, the ability to search the contents of tapes dated 2008 and earlier depends on the system used to send and/or receive the emails. For instance, emails sent or received after the 2006 conversion to Microsoft Outlook could be searched, retrieved, and recovered. But for emails sent or received prior to the 2006 conversion, such as those sent or received on cc:Mail, ICE does not have the capability to search, retrieve, or

recover those emails. Indeed, as stated in ICE's supplemental declaration signed by Deputy FOIA Officer Fernando Pineiro, ICE does not have the requested records and therefore, a search for records that are non-existent, is futile.

13.     Second, the ability to search any emails from before 2008 depends on the existence of backup tapes for the particular emails.  In other words, the search ability is dependent upon locating the physical tape at the appropriate field office location, the possibility that the tapes were overwritten, and the possibility of damage or deterioration of the tape.  Backup tapes are often decommissioned due to age and damage to the tapes. Most of the tapes from 1998-2006 are not available because they were discarded due to damage from repeated use or old age, in addition to having been made obsolete by the introduction of a new system in 2006.

14.     In order for OCIO to conduct a search of email communications after 2008, a request should be made to the Electronic Data System (RED system). The RED system is where request for electronic data such as old emails, here post 2008, are submitted. This request should contain names of custodians identified by the requester and the time frame for archived emails. The OCIO team will use the Symantec Discovery Accelerator tool to perform retrieval of the email from our Enterprise Vault (EV) based on the time frame and custodian name(s).

15.     For the litigation at hand, ICE is unable to conduct a search for records that do not exists. Even if the requested information existed, without knowing the name of a custodian and the time frame, ICE would not be able to search EV.

**JURAT CLAUSE**

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief. Signed this 25th day of September 2020.

JOHN M TRUONG
Digitally signed by JOHN M TRUONG
Date: 2020.09.25 04:40:03 -07'00'

_____
Enterprise Service Branch ("ESB") Chief
Office of the Chief Information Officer
Immigration and Custom Enforcement