# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELIKA ALBALADEJO,<br><br>    *Plaintiff*,<br><br>  v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    *Defendant*. | Civil Action No. 19-3806 (RC) |

## **DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF FACTS**

Pursuant to Local Civil Rule 7(h), Defendant hereby responds to Plaintiff's "Additional Facts" filed along with Plaintiff's Response to Defendant's Statement of Undisputed Material Facts, ECF No. 9-3.

17. Defendant admits that ICE is composed of various program offices and within these and sub-divisions, and that the ICE Air and Operations (IAO) and the ICE Health Services Corps (IHSC) divisions are within the Office of Enforcement and Removal Operations (ERO).

18. Defendant admits that Plaintiff's revised FOIA request sought medical records between FY2008 and the present by the ICE Air Operations (IAO) division of the Office of Enforcement and Removal Operations (ERO).

19. Defendant denies that the IAO maintains records of the air transport of migrants with medical issues. *See* Decl. of Fernando Pineiro, Ex. 1 to Def's Reply; *see also* ICE Air Operations Handbook, ECF No. 8-5 at 18 ("The ICE Health Service Corps (IHSC) oversees medical care and public health services for ICE detainees. IHSC also serves as the medical authority for ICE on a wide range of medical issues, including the agency's comprehensive

detainee health care program.")

20. Defendant denies that it has not conducted a search of IAO. In response to Plaintiff's cross motion for summary judgment, ICE conducted a supplemental search of IAO and found no responsive records.

21. Defendant admits that because it located no responsive records in response to Plaintiff's request, she has received no records.

Dated: September 25, 2020          Respectfully submitted,

                                   MICHAEL R. SHERWIN
                                   Acting United States Attorney

                                   DANIEL F. VAN HORN, D.C. Bar # 924092
                                   Chief, Civil Division

                    By:    /s/ Brenda González Horowitz
                           BRENDA GONZÁLEZ HOROWITZ
                           D.C. Bar No. 1017243
                           Assistant United States Attorney
                           U.S. Attorney's Office, Civil Division
                           555 Fourth Street, N.W.
                           Washington, D.C. 20530
                           Tel: (202) 252-2512
                           Brenda.Gonzalez.Horowitz@usdoj.gov

                           *Counsel for Defendant*